FILED
2026 Apr-03  AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| **KENNETH JAMES JACKSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:25-cv-1809-LCB-HNJ** |
| | ) | |
| **STATE OF ALABAMA,** *et al.*, | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On February 16, 2026, U.S. Magistrate Judge Herman N. Johnson, Jr., issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court dismiss Jackson's petition without prejudice and deny his motion to appoint counsel. (Doc. 11). No party has objected to the report and recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Any portions of a Magistrate Judge's report that are unchallenged are reviewed for clear error. *Haywood v. Green*, 695 F.Supp.3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). In its review, the district court may "accept, reject,

or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 11) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **DISMISSES** Jackson's petition (Doc. 1) **without prejudice** and **DENIES** his Motion to Appoint Counsel (Doc. 7).

The Clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** this April 3, 2026.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2